**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MAZEN FARES,

    Plaintiff,

vs.

                                CASE NO.:  8:17-cv-02357-MSS-AEP

SYNCHRONY BANK, N.A. and GULF
COAST COLLECTION BUREAU, INC.,

    Defendants.

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**AGAINST DEFENDANT GULF COAST COLLECTION BUREAU, INC.,**

---

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Mazen Fares, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant, Gulf Coast Collection Bureau, Inc.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system this March 5, 2018, to all parties of record.

                Respectfully submitted,

                */s/ Heather H. Jones*
                Heather H. Jones, Esquire
                Florida Bar No.: 0118974
                William Peerce Howard, Esq.
                Florida Bar No.:  0103330
                THE CONSUMER PROTECTION FIRM
                4030 Henderson Blvd.
                Tampa, FL  33629
                Telephone: (813) 500-1500
                Facsimile: (813) 435-2369
                Heather@TheConsumerProtectionFirm.com
                Attorney for Plaintiff