UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MAZEN FARES,**

    Plaintiff,

v.                                        Case No: 8:17-cv-2357-MSS-AEP

**SYNCHRONY BANK, N.A. and GULF COAST COLLECTION BUREAU, INC.,**

    Defendants.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of the Plaintiff's Notice of Voluntary Dismissal Without Prejudice Against Defendant Gulf Coast Collection Bureau, Inc., (Dkt. 27) and pursuant to Fed.R.Civ.P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE as against Defendant GULF COAST COLLECTION BUREAU, INC. only.** As the remainder of this matter is stayed pending arbitration, (Dkt. 26), the **CLERK** is directed to **ADMINISTRATIVELY CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 6th day of March, 2018.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party